IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John H. Darby, Jr.,    #62510, | ) | C/A NO.  3:11-1316-CMC-JRM |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Warden Stevenson, Broad River C.I., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on application for writ of habeas corpus, filed in this court pursuant to 28 U.S.C. § 2254.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(c), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings and a Report and Recommendation ("Report").  On July 6, 2011, the Magistrate Judge issued a Report recommending that this petition be dismissed without issuing process to Respondent and without prejudice.  The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  Petitioner filed "objections" to the Report and a motion for leave to file a motion in the Fourth Circuit Court of Appeals on July 20, 2011.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by

1

the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28

U.S.C. § 636(b).

After  conducting a *de novo* review as to objections made, and considering the record, the

applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections,

the court agrees with the Report of the Magistrate Judge.  Accordingly, the court adopts and

incorporates the Report and Recommendation by reference in this Order.

Petitioner's objections seek leave from this court to proceed in the Fourth Circuit Court of

Appeals to seek permission to file a second or successive petition.  Petitioner need not seek leave

of this court to file in the Fourth Circuit Court of Appeals, as this is his right under 28 U.S.C. §

2244(b)(3)(A).

As this court is without jurisdiction to consider the petition as it is successive, it is dismissed

without prejudice and without issuance and service of process upon Respondent.  Petitioner's motion

for leave to file is dismissed as moot.

### CERTIFICATE OF APPEALABILITY

The governing law provides that:

(c)(2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right.

(c)(3) The certificate of appealability . . . shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c).  A prisoner satisfies this standard by demonstrating that reasonable jurists

would find this court's assessment of his constitutional claims is debatable or wrong and that any

dispositive procedural ruling by the district court is likewise debatable.  *See Miller-El v. Cockrell,*

537 U.S. 322, 336 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676,

683 (4th Cir. 2001).  In this case, the legal standard for the issuance of a certificate of appealability

has not been met.  Therefore, a certificate of appealability is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 26, 2011